AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF __MASSACHUSETTS__

SUNOCO, INC. (R&M)

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC., ET AL

**04 12132 GAO**

TO: (Name and address of defendant)

Gerald M. Hurley
534 Franklin Street
Whitman, MA 02382

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John B. Reilly
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK  TONY ANASTAS

DATE  10-8-04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

I hereby certify and return that on 10-18-2004 at 01:20 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Gerald M. Hinley at 53 Franklin Street, Whitman, MA 02382. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $50.30

October 20, 2004

Deputy Sheriff Robert P. Green                    _____
                                                              Deputy Sheriff
                                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.