AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____MASSACHUSETTS_____

SUNOCO, INC. (R&M)

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC., ET AL

**04 12132 GAO**

TO: (Name and address of defendant)

Javaid A. Butt
335 Center Avenue
Abington, MA 01251

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John B. Reilly
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____10-8-04_____
DATE

Pat Quinn
(BY) DEPUTY CLERK

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

October 22, 2004

I hereby certify and return that on 10/18/2004 at 01:00 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering to Ali Raza, agent, person in charge at the time of service, for Suvail A. Patil of Eagle Brothers Inc., 360 Center Avenue, Abington, MA 02351. P&H (no mailing) ($1.00), Attest ($5.00) ($5.00 nm), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $50.30

Deputy Sheriff Robert P. Green                                                 *Deputy Sheriff*

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                    Signature of Server

                                              _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.