AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF MASSACHUSETTS

SUNOCO, INC. (R&M)

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC., ET AL

**04 12132 GAO**

TO: (Name and address of defendant)

Eagle Brothers, Inc.
336 Central Street
Abington, MA 02351

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John B. Reilly
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  10-8-04

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

October 22, 2004

I hereby certify and return that on 10/18/2004 at 01:00 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Ali Raza, agent, person in charge at the time of service for Eagle Brothers, Inc., at 336 Center Avenue, Abington, MA 02351. P&H (no mailing) ($1.00), Attest ($5.00), Basic Service Fee ($30.00) Total Charges $36.00

Deputy Sheriff Robert P. Glynn                                            Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                         Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.