UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNOCO, INC. (R&M), <br><br>   Plaintiff <br><br> v. <br><br> ASSOCIATION BENEFITS INSURANCE AGENCY, INC.; HERMITAGE INSURANCE COMPANY; JAVAID A. BUTT; EAGLE BROTHERS, INC. d/b/a CENTRE AVENUE SUNOCO; and GERALD M. HURLEY, <br><br>   Defendants. | Civil Action No. 04-12132GAO |

## DEFENDANT ASSOCIATION BENEFITS INSURANCE AGENCY, INC.'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Association Benefits Insurance Agency, Inc. hereby moves for an enlargement of time for itself and for Defendants Javaid A. Butt and Eagle Brothers, Inc. to respond to Plaintiff's Complaint. In short, because of the complexity of the issues presented in this case, these Defendants will require an additional two weeks to formulate and prepare an appropriate response.

Should the Court grant Defendant's motion, the aforementioned Defendants will respond to the Plaintiff's Complaint on or before November 22, 2004.

Dated:    November 3, 2004          Respectfully submitted,

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC.

By its attorneys,

CRAIG AND MACAULEY
   PROFESSIONAL CORPORATION

_____
Richard E. Quinby, BBO #545641
Chauncey D. Steele IV, BBO #647207
Craig and Macauley
   Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts  02210
(617) 367-9500

## RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with Plaintiff's counsel, John B. Reilly on November 1, 2004, that I attempted in good faith to resolve this issue, and that he assented to the instant motion.

_____
Chauncey D. Steele IV

2

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on November 1, 2004.

Chauncey D. Steele IV