UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 04-12132-GAO

SUNOCO, INC. (R&M),

Plaintiff,

v.

ASSOCIATION BENEFITS INSURANCE
AGENCY, INC.; HERMITAGE
INSURANCE COMPANY; JAVAID A.
BUTT; EAGLE BROTHERS, INC, d/b/a
CENTRE AVENUE SUNOCO; and
GERALD M. HURLEY,

Defendants.

## MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
## (ASSENTED TO BY THE PLAINTIFF)

Now comes the defendant Hermitage Insurance Company ("Hermitage") and moves to extend the time within which it must answer or otherwise respond to the Complaint in this matter to November 23, 2004. As grounds, Hermitage states that the additional time is necessary for it to marshal the necessary information to respond to the Complaint. The plaintiff Sunoco, Inc. (R&M) has assented to this motion and no party will be prejudiced by the allowance hereof.

RESPECTFULLY SUBMITTED,                    ASSENTED TO,

Defendant,                                 Plaintiff,
Hermitage Insurance Company,               Sunoco, Inc. (R&M),
By its attorney,                           By its attorney,

Thomas K. Murphy                           John B. Reilly
BBO No. 546759                             BBO No. 545576
Giarrusso, Norton, Cooley & McGlone, P.C.  John Reilly & Associate
Marina Bay                                 Summit West, Suite 330
308 Victory Road                           300 Centerville Road
Quincy, MA  02171                          Warwick, RI 02886
Tel:    617-770-2900                       Tel:    401-739-1800
Fax:    617-773-6934                       Fax:    401-738-0258
DATED:  11/11/04