AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF _____ MASSACHUSETTS

SUNOCO, INC. (R&M)

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC., ET AL

# 04 12132 GAO

TO: (Name and address of defendant)

Association Benefits Insurance Agency, Inc.
260 Worthington Street
Springfield, MA 01103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John B. Reilly
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



. CLERK

(BY) DEPUTY CLERK

DATE _____ /2-8-04 _____

Deputy Sheriff     William Stella

_Deputy Sheriff_

$42.00

Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges
Boston, MA 02129. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00),
service, for Association Benefits Insurance Agency, Inc., at , 529 Main Street,
To wit, by delivering in hand to P. Michael,Sales & agent in charge at time of
attested copy of the Summons and Complaint in this action in the following manner:
I hereby certify and return that on 11/1/2004 at 10:40AM I served a true and
November 4, 2004

_Suffolk, ss._

**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

____ returned unexecuted. _____

_____

_____

_____

☐  Other (specify): _____

_____

_____

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                              Signature of Server


                                             _____
                                                 Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.