AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF **MASSACHUSETTS**

SUNOCO, INC. (R&M)

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC., ET AL

**04 12132 GAO**

TO: (Name and address of defendant)

Hermitage Insurance Company
1311 Mamaroneck Avenue, Suite 135
White Plains, NY 10605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John B. Reilly
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  10-8-04

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUNOCO, INC. (R&M)
      Plaintiff,

v.                                                  C.A. No.: 04-12132 GAO

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC.;
HERMITAGE INSURANCE
COMPANY; JAVAID A. BUTT;
EAGLE BROTHERS, INC
d/b/a CENTRE AVENUE SUNOCO;
and GERALD M. HURLEY
      Defendants.

## AFFIDAVIT AND PROOF OF SERVICE UPON DEFENDANT, HERMITAGE INSURANCE COMPANY

The undersigned, being duly sworn upon oath, hereby depose and say that:

1. I am an attorney assisting with representation of the plaintiff in the above action (working under the direction of the attorney of record, John B. Reilly), and have personal knowledge of the matters and facts set forth in this affidavit.

2. On or about October 18, 2004, counsel for the plaintiff caused a copy of the summons and complaint to be forward by certified mail, return receipt requested to the defendant, <u>Hermitage Insurance Company</u> at <u>1311 Mamaroneck Avenue, Suite 135, White Plains, NY 10605.</u>

3. A covering letter was sent with the summons and complaint mailing, a copy being attached hereto and incorporated herein, by reference.

4.   The green postal receipt (evidencing receipt of the covering letter copy of summons and amended complaint) is also attached hereto and incorporated herein, by reference.

5.   This affidavit is offered in proof of service upon defendant, <u>Hermitage Insurance Company</u> of notice of these proceedings.

*Michelle M. Gagne*
Michelle M. Gagne