UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 04-12132-GAO

SUNOCO, INC. (R&M),

Plaintiff,

v.

ASSOCIATION BENEFITS INSURANCE
AGENCY, INC.; HERMITAGE
INSURANCE COMPANY; JAVAID A.
BUTT; EAGLE BROTHERS, INC, d/b/a
CENTRE AVENUE SUNOCO; and
GERALD M. HURLEY,

Defendants.

## NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11 (b), kindly note my appearance as counsel of record for the defendant, Hermitage Insurance Company in the above-captioned matter.

Defendant,
Hermitage Insurance Company
By its attorneys,

Thomas R. Murphy
BBO No. 546759
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
Tel: 617-770-2900
Fax:617-773-6934

DATED:    November 18, 2004