UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
SUNOCO, INC. (R&M),            )
                               )
    Plaintiff                  ) Civil Action No. 04-12132GAO
                               )
v.                             )
                               )
ASSOCIATION BENEFITS INSURANCE )
AGENCY, INC.; HERMITAGE        )
INSURANCE COMPANY; JAVAID A.   )
BUTT; EAGLE BROTHERS, INC.     )
d/b/a CENTRE AVENUE SUNOCO;    )
and GERALD M. HURLEY,          )
                               )
    Defendants.                )
_____)
```

**DEFENDANT ASSOCIATION BENEFITS INSURANCE AGENCY, INC.'S
ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Association Benefits Insurance Agency, Inc. hereby moves for an enlargement of time for itself and for Defendants Javaid A. Butt and Eagle Brothers, Inc. to respond to Plaintiff's Complaint. The parties believe that the additional time may assist them in negotiating a settlement of the case.

Should the Court grant Defendant's motion, the aforementioned Defendants will respond to the Plaintiff's Complaint on or before December 23, 2004.

Dated:    November 18, 2004        Respectfully submitted,

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC.

By its attorneys,

CRAIG AND MACAULEY
  PROFESSIONAL CORPORATION

_____
Richard E. Quinby, BBO#545641
Chauncey D. Steele IV, BBO#647207
Craig and Macauley
  Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts   02210
(617) 367-9500


RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with Plaintiff's counsel, John B. Reilly on November 18, 2004, that I attempted in good faith to resolve this issue, and that he assented to the instant motion.

_____
Chauncey D. Steele IV

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on November 18, 2004.

_____
Chauncey D. Steele IV