UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-12132-GAO

SUNOCO, INC. (R&M),

Plaintiff,

v.

ASSOCIATION BENEFITS INSURANCE AGENCY, INC.; HERMITAGE INSURANCE COMPANY; JAVAID A. BUTT; EAGLE BROTHERS, INC, d/b/a CENTRE AVENUE SUNOCO; and GERALD M. HURLEY,

Defendants.

## MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND (ASSENTED TO BY THE PLAINTIFF)

Now comes the defendant Hermitage Insurance Company ("Hermitage") and moves to extend the time within which it must answer or otherwise respond to the Complaint in this case to December 23, 2004. As grounds, Hermitage states the additional time is necessary to marshal the necessary players in this vignette, and may help the parties settle this matter. The plaintiff Sunoco, Inc. (R&M) has assented to this motion and no party will be prejudiced by the allowance hereof.

RESPECTFULLY SUBMITTED,

Defendant,
Hermitage Insurance Company,
By its attorney,

Thomas R. Murphy
BBO No. 546759
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
Tel: 617-770-2900
Fax: 617-773-6934
DATED: 11/18/04

ASSENTED TO,

Plaintiff,
Sunoco, Inc. (R&M),
By its attorney,

John B. Reilly
BBO No. 545576
John Reilly & Associate
Summit West, Suite 330
300 Centerville Road
Warwick, RI 02886
Tel: 401-739-1800
Fax: 401-738-0258