UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12132 GAO

SUNOCO, INC. ( R&M),
    Plaintiff

v.

ASSOCIATION BENEFITS INSURANCE
AGENCY, INC.; HERMITAGE INSURANCE
COMPANY; JAVAID A. BUTT; EAGLE
BROTHERS, INC. d/b/a CENTRE AVENUE
SUNOCO; and GERALD M. HURLEY,
    Defendants

### NOTICE OF APPEARANCE

Now comes Daniel B. Shapiro, Esq., and hereby enters his appearance for the Defendant Gerald M. Hurley in the above captioned matter.

    By his attorneys,
    SHAPIRO & ASSOCIATES

    By: _____
    DANIEL B. SHAPIRO
    B.B.O. # 453900
    Two Center Plaza, Ste. 510
    Boston, MA 02108
    (617) 227-8100
    dshapiro@ShapiroLaw.com

DATED:    December 23, 2004

## CERTIFICATE OF SERVICE

I, Daniel B. Shapiro, Esq., attorney for the Defendant Gerald M. Hurley in the within action, hereby certify under the pains and penalties of perjury that on December 23, 2004 I served a copy of the within:

Notice of Appearance of Daniel B. Shapiro, Esq.

upon all counsel by mailing a copy of the same, first class mail, postage prepaid to:

Richard E. Quinby, Esq.
Chauncey D. Steele, IV, Esq.
Craig and Mccauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA   02210

Robert W. Norton, Esq.
Giarusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA   02171

John B. Reilly
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, RI   02886

_____
DANIEL B. SHAPIRO