UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12132 GAO

SUNOCO, INC. ( R&M)
    Plaintiff,

v.

ASSOCIATION BENEFITS INSURANCE
AGENCY, INC.; HERMITAGE INSURANCE
COMPANY; JAVAID A. BUTT; EAGLE
BROTHERS, INC. d/b/a CENTRE AVENUE
SUNOCO; and GERALD M. HURLEY
    Defendants



## DEFENDANT GERALD M. HURLEY'S ANSWER TO PLAINTIFF'S COMPLAINT

### INTRODUCTION

No answer required.

### JURISDICTION AND VENUE

1. The defendant admits so much of the allegations of paragraph 1 that alleges that the matter in controversy exceeds $75,000.00. The defendant is without sufficient information to form a belief as to the truth of the remaining allegations contained in paragraph 1 of the Complaint and therefore denies same.

2. The defendant admits the allegations contained in paragraph 2 of the Complaint.

### PARTIES

3. The defendant is without sufficient information to form a belief as to the truth of the

allegations contained in paragraph 3 of the Complaint and therefore denies same.

4. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint and therefore denies same.

5. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and therefore denies same.

6. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint and therefore denies same.

7. The defendant admits the allegations contained in paragraph 7 of the Complaint.

8. The defendant admits the allegations contained in paragraph 8 of the Complaint.

9. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint and therefore denies same.

## FACTUAL BACKGROUND - A PLUS AGREEMENT

10-43. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraphs 10 through 43 of the Complaint and therefore denies same.

## AN INCIDENT AT THE PREMISES

44. The defendant admits the allegations contained in paragraph 44 of the Complaint.

45. The defendant admits the allegations contained in paragraph 45 of the Complaint.

46. The defendant admits the allegations contained in paragraph 46 of the Complaint.

47. The defendant admits the allegations contained in paragraph 47 of the Complaint.

48-60. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraphs 48-60 of the Complaint and therefore denies same.

WHEREFORE, the defendant Gerald Hurley requests that plaintiff's complaint be dismissed, that he be awarded his reasonable costs and fees and any additional relief this court deems meet and just.

By his attorneys,
SHAPIRO & ASSOCIATES

By: _____
DANIEL B. SHAPIRO
B.B.O. # 453900
Two Center Plaza, Ste. 510
Boston, MA 02108
(617) 227-8100
dshapiro@shapirolaw.com

DATED:    December 23, 2004

## CERTIFICATE OF SERVICE

I, Daniel B. Shapiro, Esq., attorney for the Defendant Gerald M. Hurley in the within action, hereby certify under the pains and penalties of perjury that on December 23, 2004 I served a copy of the within:

Answer of Defendant Gerald M. Hurley to Plaintiff's Complaint

upon all counsel by mailing a copy of the same, first class mail, postage prepaid to:

Richard E. Quinby, Esq.
Chauncey D. Steele, IV, Esq.
Craig and Mccauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Thomas R. Murphy, Esq.
Giarusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA   02171

John B. Reilly
John Reilly & Associates
300 Centerville Road
Summit West - Suite 330
Warwick, RI   02886

_____
DANIEL B. SHAPIRO