UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUNOCO, INC. (R&M)
        Plaintiff,

v.     C.A. No.:  04-12132 GAO

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC.;
HERMITAGE INSURANCE
COMPANY; JAVAID A. BUTT;
EAGLE BROTHERS, INC
d/b/a CENTRE AVENUE SUNOCO;
GERALD M. HURLEY; and AII
INSURANCE BROKERAGE OF
MASS., INC.

        Defendants.

## ASSENTED TO MOTION FOR LEAVE TO AMENDED COMPLAINT, ADDING ADDITIONAL (PREVIOUSLY UNKNOWN) PARTY

Plaintiff, Sunoco, Inc. (R&M) ("Sun"), has discovered that an additional, previously unknown party (AII Insurance Brokerage of Mass., Inc.) apparently played a material role in the transactions that are the subject of this Complaint for Declaratory Relief.  The identity of this additional party was previously unknown to Sun.

Accordingly, in the interest of both justice and judicial economy, Sun hereby moves that it be allowed to amend its complaint in the manner and form attached hereto and incorporated herein at Exhibit "A", adding this additional party with minor other changes to its original pleading.

Sun has conferred with counsel for the existing defendants and is advised that they assent to this request and motion.

        Sunoco, Inc. (R&M)
        By its Attorney,


        /s/ John B. Reilly_____
        John B. Reilly, Esquire (#545576)
        John Reilly & Associates
        Summit West - Suite 330
        300 Centerville Road
        Warwick, Rhode Island 02886
        (401) 739-1800
        Fax: (401) 738-0258

Assented to:

Association Benefits Insurance Agency, Inc.
By its Attorneys,


/s/ Chauncy D. Steele IV_____
Richard E. Quinby, Esq. (BBO#545641)
Chauncy D. Steele IV, Esq. (BBO#647207)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

Hermitage Insurance Company, Javaid A. Butt, and Eagle Broker, Inc. d/b/a
By their Attorney,


/s/ Thomas R. Murphy_____
Thomas R. Murphy, Esq. (BBO#546759)
Giarrusso Norton Cooley & McGlone, PC
Marina Bay
308 Victory Road
Quincy, Massachusetts   02171
(617) 770-2900
Fax:  (617) 773-6934

Gerald Hurley
By his Attorneys,


/s/ Daniel B. Shapiro
Daniel B. Shapiro, Esq. (BBO#453900)
Shapiro & Associates
Two Center Plaza, Suite 510
Boston, Massachusetts 02108
(617) 227-8100
Fax: (617) 523-8100


**DATED**: January 19, 2005