FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 2005 MAR -9 P 3: 41

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SUNOCO, INC. (R&M), )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ASSOCIATION BENEFITS INSURANCE )<br>AGENCY, INC.; HERMITAGE )<br>INSURANCE COMPANY; JAVAID A. )<br>BUTT; EAGLE BROTHERS, INC. )<br>d/b/a CENTRE AVENUE SUNOCO; )<br>GERALD M. HURLEY; and AII )<br>INSURANCE BROKERAGE OF MASS., )<br>INC. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 04-12132GAO |

AMENDED ANSWER AND JURY DEMAND OF DEFENDANT
ASSOCIATION BENEFITS INSURANCE AGENCY, INC.

Defendant Association Benefits Insurance Agency, Inc. ("Defendant") hereby answers the allegations in the Amended Complaint filed by Plaintiff SUNOCO, INC. (R&M) ("Plaintiff") as follows:

JURISDICTION AND VENUE

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Plaintiff's Complaint.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Plaintiff's Complaint.

## PARTIES

3.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Plaintiff's Complaint.

4.   Defendant denies that it has a principal place of business in Springfield. Defendant admits the remaining allegations contained in paragraph 4 of the Plaintiff's Complaint.

5.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Plaintiff's Complaint.

6.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Plaintiff's Complaint.

9.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Plaintiff's Complaint.

## FACTUAL BACKGROUND - A PLUS AGREEMENT

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Plaintiff's Complaint.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Plaintiff's Complaint.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Plaintiff's Complaint.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Plaintiff's Complaint.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Plaintiff's Complaint.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Plaintiff's Complaint.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Plaintiff's Complaint.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Plaintiff's Complaint.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Plaintiff's Complaint.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Plaintiff's Complaint.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Plaintiff's Complaint.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Plaintiff's Complaint.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Plaintiff's Complaint.

24. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Plaintiff's Complaint.

25. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Plaintiff's Complaint.

26. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Plaintiff's Complaint.

30. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Plaintiff's Complaint.

31. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Plaintiff's Complaint.

32. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Plaintiff's Complaint.

33. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Plaintiff's Complaint.

34. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Plaintiff's Complaint.

<u>FACTUAL BACKGROUND - INSURANCE POLICIES</u>

35. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Plaintiff's Complaint.

36. Defendant admits the allegations contained in paragraph 36 of the Plaintiff's Complaint.

37. Defendant admits the allegations contained in paragraph 37 of the Plaintiff's Complaint.

38. Defendant admits the allegations contained in paragraph 38 of the Plaintiff's Complaint.

39. Defendant admits that Hermitage issued a liability policy covering certain activities at the Premises. Defendant is without knowledge as to the remaining allegations contained in paragraph 39 of the Plaintiff's Complaint.

40. Defendant admits that the policy issued by Hermitage did not list or include Sun as an additional insured. Defendant is without knowledge as to the remaining allegations contained in paragraph 40 of the Plaintiff's Complaint.

41. Defendant admits the allegations contained in paragraph 41 of the Plaintiff's Complaint.

42. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Plaintiff's Complaint.

43. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Plaintiff's Complaint.

44. Defendant denies the allegations contained in paragraph 44 of the Plaintiff's Complaint that specifically pertain to Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 44 of the Plaintiff's Complaint.

45. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Plaintiff's Complaint.

<u>AN INCIDENT AT THE PREMISES</u>

46. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Plaintiff's Complaint.

47. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Plaintiff's Complaint.

48. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Plaintiff's Complaint.

49. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Plaintiff's Complaint.

50. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Plaintiff's Complaint.

51. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Plaintiff's Complaint.

52. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Plaintiff's Complaint.

53. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Plaintiff's Complaint.

## DEVELOPMENTS FOLLOWING NOTICE OF INCIDENT

54. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Plaintiff's Complaint.

55. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Plaintiff's Complaint.

56. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Plaintiff's Complaint.

57. Defendant denies that Sun asked it to "take appropriate action to respond to the claims of Mr. Hurley." Defendant is without knowledge as to the remaining allegations contained in paragraph 57 of the Plaintiff's Complaint.

58. Defendant admits the allegations contained in paragraph 58 of the Plaintiff's Complaint that specifically pertain to Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 58 of the Plaintiff's Complaint.

59. Defendant denies the allegations contained in paragraph 59 of the Plaintiff's Complaint that specifically pertain to Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 59 of the Plaintiff's Complaint.

60. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Plaintiff's Complaint.

61. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Plaintiff's Complaint.

62. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Plaintiff's Complaint.

63. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Plaintiff's Complaint.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim against Defendant upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

If Defendant was negligent, which Defendant denies, Plaintiff is barred in whole or in part from recovery herein because any damage the Plaintiff may have suffered was directly and proximately caused by the Plaintiff's own negligence.

## THIRD AFFIRMATIVE DEFENSE

If Plaintiff had any cause of action against Defendant, which Defendant denies, Plaintiff has waived the same by Plaintiff's own conduct.

## FOURTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred by the doctrine of estoppel.

<u>FIFTH AFFIRMATIVE DEFENSE</u>

If Plaintiff suffered any damage or injury herein, said damage or injury resulted from a risk which Plaintiff voluntarily, knowingly, and willingly assumed.

<u>SIXTH AFFIRMATIVE DEFENSE</u>

Plaintiff was negligent. Such negligence equaled or exceeded any negligence of Defendant. Therefore, Plaintiff may not recover.

<u>SEVENTH AFFIRMATIVE DEFENSE</u>

Plaintiff is barred from asserting Plaintiff's claims by the Statute of Limitations.

<u>EIGHTH AFFIRMATIVE DEFENSE</u>

If Plaintiff suffered any injury or damage, such injury or damage was caused by the negligence or fault of some other person or entity for whose conduct Defendant is not legally liable.

<u>NINTH AFFIRMATIVE DEFENSE</u>

Some or all of the damages alleged by the Plaintiff are not recoverable.

<u>TENTH AFFIRMATIVE DEFENSE</u>

Plaintiff's claims are barred as it has failed to mitigate its damages.

<u>ELEVENTH AFFIRMATIVE DEFENSE</u>

Plaintiff's claims are not ripe for adjudication.

WHEREFORE, Defendant Association Benefits Insurance Agency, Inc., demands that the Complaint against it be dismissed with

prejudice, that judgment be entered for it on the claims against it, and that costs and attorneys' fees be granted to it.

DEMAND FOR JURY TRIAL

Defendant Association Benefits Insurance Agency, Inc. hereby demands a trial by a jury.

Dated:   March 8, 2005

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC.

By its attorneys,

CRAIG AND MACAULEY
 PROFESSIONAL CORPORATION

_____
Richard E. Quinby, BBO#545641
Chauncey D. Steele IV, BBO#647207
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 8, 2005.

_____
Chauncey D. Steele IV

12