AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 15 P 1:31

SUNOCO, INC. (R&M),
    Plaintiff

**SUMMONS IN A CIVIL CASE**

US DISTRICT COURT
DISTRICT OF MASS

V.

CASE NUMBER: 04-12132 GAO

ASSOCIATION BENEFITS INSURANCE
AGENCY, INC. et al

TO: (Name and address of defendant)

All Insurance Brokerage of Mass., Inc.
c/o AFS Jennifer Demrest
40 Lynwood Street
Uxbridge, MA 01538

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John B. Reilly, Esq.
John Reilly & Associates
Summit West - Suite 330
300 Centerville Road
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 3 — 2005

CLERK

DATE

(BY) DEPUTY CLERK



MARCH 11, 2005

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

MAR 15 P 1:31

U.S. DISTRICT COURT
DISTRICT OF MASS

## RETURN OF SERVICE

*I this day SERVED the within named*   ALL INSURANCE BROKERAGE OF MASS.
C/O AFS JENNIFER DEMREST

*by delivering to*                      KIMBERLY BOIZINO, CO-RESIDENT,
4:30 PM. THIS IS JENNIFER
DEMREST'S RESIDENCE.

__X__  *in hand*

No.     40 LYNWOOD STREET
*in the*  UXBRIDGE     *District of said*  WORCESTER     *County an attested copy of the SUMMONS AND AMENDED COMPLAINT FOR DECLARATORY AND OTHER RELIEF*

*Service and travel*     28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of*
45     *miles in the service of this process*

_Kevin Kohler_
Process Server

# JOHN REILLY & ASSOCIATES
## Attorneys and Counselors at Law

Summit West -- Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

March 14, 2005

Clerk's Office (Civil Business)
United States District Court
U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02110

Re:  **Sunoco, Inc. (R&M) v. Association Benefits Insurance Agency, Inc., Hermitage Insurance Company, Javaid A. Butt, Eagle Brothers, Inc. (d/b/a Centre Avenue Sunoco), and Gerald M. Hurley**

To the Clerk of the Court:

Enclosed, for filing in the above-referenced matter on your docket, will be found the following item(s):

_____ Stipulation of Dismissal

_____ Complaint

_____ Filing Fee

_____ Citation Return

_____ Property Affidavit

_____ Stipulation

_____ Judgment Order

_____ Application for Entry of Default

_____ Application for Judgment by Default

_____ Medical Affidavit of: _____

__X__ **Summons – All Insurance Brokerage of Mass., Inc. a/f/s Jennifer Demrest**

Very truly yours,

*John B. Reilly*
John B. Reilly

JBR/gez
Enclosure

MASSACHUSETTS OFFICE:
(781) 848-0884