UNITED STATES DISCRICT COURT FILED OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12132 GAO

| | |
|---|---|
| SUNOCO, INC. (R&M), <br> Plaintiff, <br><br> v. <br><br> ASSOCIATION BENEFITS INSURANCE AGENCY, INC., HERMITAGE INSURANCE COMPANY, JAVAID A. BUTT, EAGLE BROTHERS, INC. d/b/a CENTRE AVENUE SUNOCO, GERALD M. HURLEY, and AII INSURANCE BROKERAGE OF MASS, INC., <br>        Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ANSWER OF THE DEFENDANT AII INSURANCE BROKERAGE OF MASS., INC. TO THE PLAINTIFF'S AMENDED COMPLAINT

The defendant, AII Insurance Brokerage of Mass., Inc. (the "Defendant" or "AII"), hereby answers the plaintiff's Amended Complaint paragraph by paragraph as follows:

## JURISDICTION AND VENUE

1. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 of the plaintiff's Amended Complaint, and, therefore, denies the same.

2. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 2 of the plaintiff's Amended Complaint, and, therefore, denies the same.

## PARTIES

3. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 of the plaintiff's Amended Complaint, and, therefore, denies the same.

4. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 of the plaintiff's Amended Complaint, and, therefore, denies the same.

5. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5 of the plaintiff's Amended Complaint, and, therefore, denies the same.

6. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 of the plaintiff's Amended Complaint, and, therefore, denies the same.

7. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 of the plaintiff's Amended Complaint, and, therefore, denies the same.

8. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 of the plaintiff's Amended Complaint, and, therefore, denies the same.

9. The Defendant admits that it is a domestic, for-profit, Massachusetts business corporation and citizen of the Commonwealth of Massachusetts, with a place of business at 183 Davis Street, Douglas, Massachusetts. The Defendant denies the remaining allegations, if any, contained in this paragraph of the plaintiff's Amended Complaint.

10. This paragraph of the plaintiff's Amended Complaint states a legal conclusion to which no response is required.

## FACTUAL BACKGROUND – A PLUS AGREEMENT

11. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 of the plaintiff's Amended Complaint, and, therefore, denies the same.

12. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 of the plaintiff's Amended Complaint, and, therefore, denies the same.

13. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 13 of the plaintiff's Amended Complaint, and, therefore, denies the same.

14. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14 of the plaintiff's Amended Complaint, and, therefore, denies the same.

15. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 15 of the plaintiff's Amended Complaint, and, therefore, denies the same.

16. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16 of the plaintiff's Amended Complaint, and, therefore, denies the same.

17. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17 of the plaintiff's Amended Complaint, and, therefore, denies the same.

18. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18 of the plaintiff's Amended Complaint, and, therefore, denies the same.

19. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19 of the plaintiff's Amended Complaint, and, therefore, denies the same.

20. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 20 of the plaintiff's Amended Complaint, and, therefore, denies the same.

21. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 21 of the plaintiff's Amended Complaint, and, therefore, denies the same.

22. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22 of the plaintiff's Amended Complaint, and, therefore, denies the same.

23. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23 of the plaintiff's Amended Complaint, and, therefore, denies the same.

24. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 24 of the plaintiff's Amended Complaint, and, therefore, denies the same.

25. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 25 of the plaintiff's Amended Complaint, and, therefore, denies the same.

26. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26 of the plaintiff's Amended Complaint, and, therefore, denies the same.

27. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27 of the plaintiff's Amended Complaint, and, therefore, denies the same.

28. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 28 of the plaintiff's Amended Complaint, and, therefore, denies the same.

29. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 29. of the plaintiff's Amended Complaint, and, therefore, denies the same.

30. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 30 of the plaintiff's Amended Complaint, and, therefore, denies the same.

31. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 31 of the plaintiff's Amended Complaint, and, therefore, denies the same.

32. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 32 of the plaintiff's Amended Complaint, and, therefore, denies the same.

33. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 33 of the plaintiff's Amended Complaint, and, therefore, denies the same.

34. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 34 of the plaintiff's Amended Complaint, and, therefore, denies the same.

## **FACTUAL BACKGROUND – INSURANCE POLICIES**

35. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 35 of the plaintiff's Amended Complaint, and, therefore, denies the same.

36. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 36 of the plaintiff's Amended Complaint, and, therefore, denies the same.

37. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 37 of the plaintiff's Amended Complaint, and, therefore, denies the same.

38. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 38 of the plaintiff's Amended Complaint, and, therefore, denies the same.

39. The Defendant admits that, based upon an application by Centre Avenue Sunoco, a liability policy was issued covering certain activities at the Premises. The defendant denies the remaining allegations contained in this paragraph of the plaintiff's Amended Complaint.

40. The defendant admits that the policy issued did not list or include the plaintiff as an additional insured. The defendant denies the remaining allegations, if any, contained in this paragraph of the plaintiff's Amended Complaint.

41. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 41 of the plaintiff's Amended Complaint, and, therefore, denies the same.

42. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 42 of the plaintiff's Amended Complaint, and, therefore, denies the same.

43. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 43 of the plaintiff's Amended Complaint, and, therefore, denies the same.

44. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 44 of the plaintiff's Amended Complaint, and, therefore, denies the same.

45. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 45 of the plaintiff's Amended Complaint, and, therefore, denies the same.

## AN INCIDENT AT THE PREMISES

46. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 46 of the plaintiff's Amended Complaint, and, therefore, denies the same.

47. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 47 of the plaintiff's Amended Complaint, and, therefore, denies the same.

48. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 48 of the plaintiff's Amended Complaint, and, therefore, denies the same.

49. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 49 of the plaintiff's Amended Complaint, and, therefore, denies the same.

50. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 50 of the plaintiff's Amended Complaint, and, therefore, denies the same.

51. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 51 of the plaintiff's Amended Complaint, and, therefore, denies the same.

52. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 52 of the plaintiff's Amended Complaint, and, therefore, denies the same.

53. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 53 of the plaintiff's Amended Complaint, and, therefore, denies the same.

## DEVELOPMENTS FOLLOWING NOTICE OF INCIDENT

54. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 54 of the plaintiff's Amended Complaint, and, therefore, denies the same.

55. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 55 of the plaintiff's Amended Complaint, and, therefore, denies the same.

56. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 56 of the plaintiff's Amended Complaint, and, therefore, denies the same.

57. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 57 of the plaintiff's Amended Complaint, and, therefore, denies the same.

58. The Defendant admits that Association Benefits Insurance Agency, Inc. has requested that it participate in responding to Sunoco, Inc.'s demand for a defense and indemnity. The Defendant denies the remaining allegations contained in paragraph 58 of the plaintiff's Amended Complaint.

59. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 59 of the plaintiff's Amended Complaint, and, therefore, denies the same.

60. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 60 of the plaintiff's Amended Complaint, and, therefore, denies the same.

61. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 61 of the plaintiff's Amended Complaint, and, therefore, denies the same.

62. The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 62 of the plaintiff's Amended Complaint, and, therefore, denies the same.

63. This paragraph of the plaintiff's Amended Complaint states a legal conclusion to which no response is required.

## **AFFIRMATIVE DEFENSES**

The defendant, having denied each and every allegation contained in the plaintiff's Amended Complaint not expressly admitted above, raises the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

The plaintiff's Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The plaintiff is not entitled to recover in this action under the equitable principles of estoppel, laches, unclean hands, and/or waiver.

### THIRD AFFIRMATIVE DEFENSE

The plaintiff is not entitled to recover in this action because the subject lease agreement is void as against public policy and in violation of M.G.L. c. 186, §15.

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff is not entitled to recover in this action because, even if the plaintiff was named as an additional insured under the subject policy, coverage for the claims made by Hurley against the plaintiff are barred by the terms, exclusions, conditions and/or limitations contained within the subject policy.

### FIFTH AFFIRMATIVE DEFENSE

The damages alleged by the plaintiff were caused by a third person(s) over whom the Defendant had no control, and for whom the Defendant is not legally responsible.

WHEREFORE, the defendant, AII Insurance Brokerage of Mass., Inc., respectfully requests that this Court:

1. Enter judgment in its favor on all Counts contained within the plaintiff's Amended Complaint;

2. Grant such other relief to the defendant as this Court deems is just and proper.

The Defendant,
AII Insurance Brokerage of Mass., Inc.

By its attorneys,

_____
James J. Duane, III
B.B.O. #136500
Robert M. Elmer
B.B.O. #640269
TAYLOR, DUANE, BARTON
 & GILMAN, LLP
160 Federal Street
Boston, MA 02110
Tel. (617) 654-8200
FAX (617) 482-5350

**CERTIFICATE OF SERVICE**

I, Robert M. Elmer, Esq. hereby certify that on March 31, 2005, I served a copy of the above document by mailing same, postage prepaid, to all counsel of record.

_____
Robert M. Elmer