UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12132 GAO

SUNOCO, INC. ( R&M),
    Plaintiff

v.

ASSOCIATION BENEFITS INSURANCE
AGENCY, INC.; HERMITAGE INSURANCE
COMPANY; JAVAID A. BUTT; EAGLE
BROTHERS, INC. d/b/a CENTRE AVENUE
SUNOCO; GERALD M. HURLEY; and ALL
INSURANCE BROKERAGE OF MASS, INC.
    Defendants

## DEFENDANT GERALD M. HURLEY'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT FOR DECLARATORY AND OTHER RELIEF

### INTRODUCTION

No answer required.

### JURISDICTION AND VENUE

1. The defendant admits so much of the allegations of paragraph 1 that alleges that the matter in controversy exceeds $75,000.00. The defendant is without sufficient information to form a belief as to the truth of the remaining allegations contained in paragraph 1 of the Complaint and therefore denies same.

2. The defendant admits the allegations contained in paragraph 2 of the Complaint.

### PARTIES

3. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and therefore denies same.

4. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint and therefore denies same.

5. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and therefore denies same.

6. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint and therefore denies same.

7. The defendant admits the allegations contained in paragraph 7 of the Complaint.

8. The defendant admits the allegations contained in paragraph 8 of the Complaint.

9. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint and therefore denies same.

10. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and therefore denies same.

### FACTUAL BACKGROUND - A PLUS AGREEMENT

11-45. The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraphs 11 through 45 of the Complaint and therefore denies same.

### AN INCIDENT AT THE PREMISES

46. The defendant admits the allegations contained in paragraph 46 of the Complaint.

47. The defendant admits the allegations contained in paragraph 47 of the Complaint.

48. The defendant admits the allegations contained in paragraph 48 of the Complaint.

49.     The defendant admits the allegations contained in paragraph 49 of the Complaint.

50-60.  The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraphs 50-60 of the Complaint and therefore denies same.

61.     The defendant admits the allegations contained in paragraph 61of the Complaint.

62-63.  The defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraphs 50-60 of the Complaint and therefore denies same.

WHEREFORE, the defendant Gerald Hurley requests that plaintiff's complaint be dismissed, that he be awarded his reasonable costs and fees and any additional relief this court deems meet and just.

By his attorneys,
SHAPIRO & ASSOCIATES

By: _____
DANIEL B. SHAPIRO
B.B.O. # 453900
Two Center Plaza, Ste. 510
Boston, MA 02108
(617) 227-8100
dshapiro@shapirolaw.com

DATED:   April 7, 2005

## CERTIFICATE OF SERVICE

I, Daniel B. Shapiro, Esq., attorney for the Defendant Gerald M. Hurley in the within action, hereby certify under the pains and penalties of perjury that on April 7, 2005 I served a copy of the within upon all counsel by mailing a copy of the same, first class mail, postage

prepaid to:

    Richard E. Quinby, Esq.
    Chauncey D. Steele, IV, Esq.
    Craig and Mccauley, P.C.
    Federal Reserve Plaza
    600 Atlantic Avenue
    Boston, MA   02210

    Thomas R. Murphy, Esq.
    Giarusso, Norton, Cooley & McGlone, P.C.
    Marina Bay
    308 Victory Road
    Quincy, MA   02171

    John B. Reilly
    John Reilly & Associates
    300 Centerville Road
    Summit West - Suite 330
    Warwick, RI   02886

    Robert M. Elmer, Esq.
    Taylor, Duane, Barton & Gilman, LLP
    160 Federal Street
    Boston, MA   02110

                                     /s/ Daniel B. Shapiro
                                    DANIEL B. SHAPIRO