UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 04-12132-GAO

SUNOCO, INC. (R&M),

    Plaintiff,

v.

ASSOCIATION BENEFITS INSURANCE AGENCY, INC.; HERMITAGE INSURANCE COMPANY; JAVAID A. BUTT; EAGLE BROTHERS, INC, d/b/a CENTRE AVENUE SUNOCO; GERALD M. HURLEY; and AII INSURANCE BROKERAGE OF MASS., INC.,

    Defendants.

## JOINT MOTION TO CONTINUE RULE 16 SCHEDULING CONFERENCE

Now come the parties and jointly move to continue the May 18, 2005 2'00 p.m. Rule 16 Scheduling Conference in this case. The parties also move to adjust correspondingly each of the deadlines in the Court's notice of the Conference. As grounds, the parties state the following:

1.  On April 18, 2005 the Court issued notice of the May 18, 2005 2'00 p.m. scheduling conference in this matter.

2.  Counsel for the defendant Hermitage Insurance Company is scheduled to appear in an all-day Arbitration in another matter (*Donnelly v. Heon*, Bristol Superior Court Civil Action No. 2003-0817) on that date, which Arbitration has been scheduled since March 11, 2005.

3.  This is the first request for a continuance of the Rule 16 Conference in this matter.

4.  No party will be prejudiced by this continuance, indeed all parties join in this motion and are prepared to appear before the Court on Wednesday June 15, 2005 at 2'00 p.m. with the necessary documents submitted before or at that time

WHEREFORE; the plaintiff and all defendants respectfully request that this Court continue the Rule 16 Scheduling Conference from Wednesday May 18, 2005 to Wednesday June 15, 2005 at 2'00 p.m.

Respectfully submitted:

Defendant,
Hermitage Insurance Company,
By its attorney,

_____
Thomas R. Murphy
BBO No. 546759
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA  02171
Tel:    617-770-2900
Fax:    617-773-6934

Plaintiff,
Sunoco, Inc. (R&M),
By its attorney,

_____
John B. Reilly
BBO No. 545576
John Reilly & Associates
Summit West, Suite 330
300 Centerville Road
Warwick, RI 02886
Tel:    401-739-1800
Fax:    401-738-0258

Defendant,
Gerald M. Hurley
By his attorney,

_____
Daniel B. Shapiro
BBO No. 453900
Shapiro & Associates
Two Center Plaza, Ste. 510
Boston, MA  02108
Tel:    617-227-8100
Fax:    617-523-8100

Defendant,
Association Benefits Insurance Agency, Inc.
By its attorney,

_____
Chancey D. Steele, IV
BBO No. 647207
Craig & Macauley, PC
600 Atlantic Avenue
Boston, MA  02210
Tel:    617-367-9500
Fax:    617-742-1788

Defendant
AII Insurance Brokerage of Mass., Inc.

_____
Robert M. Elmer, Esquire
BBO No.
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA 02110
Tel:    617-654-8200
Fax:    617-482-5350