UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUNOCO, INC. (R&M)
        Plaintiff,

v.                                                C.A. No.:  04-12132 GAO

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC.;
HERMITAGE INSURANCE
COMPANY; JAVAID A. BUTT;
EAGLE BROTHERS, INC
d/b/a CENTRE AVENUE SUNOCO;
GERALD M. HURLEY; and AII
INSURANCE BROKERAGE OF
MASS., INC.
        Defendants.

## **RULE 16.1 CERTIFICATION**

In accordance with the Scheduling Conference Order of this court as well as the provisions of Local Rule 16.1, the undersigned hereby certify that we have conferred (a) with a view to establish a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| **Plaintiff, Sunoco, Inc. (R&M),** | **Sunoco, Inc. (R&M),** |
| **By its attorney,** | **By its authorized representative,** |
| | |
| /s/ John B. Reilly, Esq. | /s/ Tish DeCecco |
| **John B. Reilly, Esq.** | **Tish DeCecco,** |
| **(BBO # 545576)** | **Senior Paralegal** |
| John Reilly & Associates | |
| Summit West - Suite 330 | |
| 300 Centerville Road | |
| Warwick, Rhode Island 02886 | |
| (401) 739-1800 | |
| FAX:  (401) 738-0258 | |

1

## CERTIFICATION

      I hereby certify that a copy has been sent to **Daniel B. Shapiro, Esq.**, Shapiro & Associates, Two Center Plaza, Suite 510, Boston, Massachusetts 02108 and **Chauncy D. Steele IV, Esq.**, Craig and Macauley Professional Corporation, Federal Reserve Plaza, 600 Atlantic Avenue, Boston, Massachusetts 02210, **Thomas R. Murphy, Esq.**, Giarrusso Norton Cooley & McGlone, PC, Marina Bay, 308 Victory Road, Quincy, Massachusetts 02171 and **James J. Duane, III, Esq.**, Taylor, Duane, Barton & Gilman, LLP, 160 Federal Street, Boston, Massachusetts 02110, this 3rd day of May, 2005.

                                                /s/ John B. Reilly