UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUNOCO, INC. (R&M)
        Plaintiff,

v.                                                  C.A. No.:  04-12132 GAO

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC.;
HERMITAGE INSURANCE
COMPANY; JAVAID A. BUTT;
EAGLE BROTHERS, INC
d/b/a CENTRE AVENUE SUNOCO;
GERALD M. HURLEY; and AII
INSURANCE BROKERAGE OF
MASS., INC.
        Defendants.

**PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

    Plaintiff hereby moves for the admission of Patrick S. Bristol in the above captioned matter pro hac vice to assist its undersigned counsel in the prosecution of the within matter.  In support of this Motion, an Affidavit pursuant to Local Rule 83.5.3 appears at Exhibit "A" and is incorporated herein, by reference.

**DATED**: 05/13/2005

                                                    /s/  John B. Reilly
                                                    John B. Reilly, Esq. (BBO #545576)
                                                    John Reilly & Associates
                                                    300 Centerville Road
                                                    Summit West - Suite 330
                                                    Warwick, Rhode Island 02886
                                                    (401) 739-1800
                                                    Fax: (401) 738-0258