# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUNOCO, INC. (R&M)
    Plaintiff,

v.                                                                                          C.A. No.:  04-12132 GAO

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC.;
HERMITAGE INSURANCE
COMPANY; JAVAID A. BUTT;
EAGLE BROTHERS, INC
d/b/a CENTRE AVENUE SUNOCO;
GERALD M. HURLEY; and AII
INSURANCE BROKERAGE OF
MASS., INC.
    Defendants.

### AFFIDAVIT OF PATRICK S. BRISTOL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Patrick S. Bristol, being first duly sworn, depose and say that:

1. I am over the age of eighteen (18) years and believe in the obligation of an oath.

2. I currently practice law at Suite 330 - Summit West, 300 Centerville Road, Warwick, Rhode Island 02886 (telephone:  401/739-1800) and am a member in good standing of the Bars of the following courts:

    (a) State of Connecticut;

    (b) United States District Court for the District of Connecticut;

    (c) United States Courts of Appeal for the Second Circuit;

    (d) State of Rhode Island.

3. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

4. I have never had a grievance filed against me, been reprimanded, suspended or disbarred.

5. There are no pending disciplinary proceedings adverse to me before any Boards of Bar Overseers in any jurisdiction.

6. I have never resigned from the practice of law in any jurisdiction.

/s/ Patrick S. Bristol
Patrick S. Bristol, Esq.

State of Rhode Island
County of Kent

Sworn to and subscribed before me this 13th day of May, 2005.

/s/ Jennifer L. Case
Jennifer L. Case
Notary Public # 41036
My Commission Expires 04/22/2009