UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUNOCO, INC. (R&M)
          Plaintiff,

v.                                            C.A. No.:  04-12132 GAO

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC.;
HERMITAGE INSURANCE
COMPANY; JAVAID A. BUTT;
EAGLE BROTHERS, INC
d/b/a CENTRE AVENUE SUNOCO;
GERALD M. HURLEY; and AII
INSURANCE BROKERAGE OF
MASS., INC.
                Defendants.

## JOINT PROPOSED PRETRIAL SCHEDULE

All parties in the above captioned matter respectfully request that this Court to adopt the following proposed pretrial schedule:

| Event | Date |
| --- | --- |
| Non-Expert Discovery | September 30, 2005 |
| Plaintiff's Expert Reports | October 31, 2005 |
| Defendant's Expert Reports | November 30, 2005 |
| All Discovery to be Completed | January 13, 2006 |
| Motions for Summary Judgment | February 10, 2006 |
| Oppositions to Summary Judgment | March 13, 2006 |
| Hearing on Summary Judgment Motion(s) | To Be Determined |
| Pretrial Conference | To Be Determined |

Respectfully Submitted,

Sunoco, Inc. (R&M)
By its Attorney,

/s/ John B. Reilly_____
John B. Reilly, Esquire (#545576)
John Reilly & Associates
Summit West - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
Fax: (401) 738-0258

Hermitage Insurance Company, Javaid A. Butt,
and Eagle Broker, Inc. d/b/a Centre Avenue Sunoco
By their Attorney,

/s/ Thomas R. Murphy, Esq._____
Thomas R. Murphy, Esq. (BBO#546759)
Giarrusso Norton Cooley & McGlone, PC
Marina Bay
308 Victory Road
Quincy, Massachusetts   02171
(617) 770-2900
Fax:  (617) 773-6934

All Insurance Brokerage of Mass., Inc.:
By its Attorney,

/s/ James J. Duane, III_____
James J. Duane, III, Esq. (BBO#136500)
Robert M. Elemr, Esq. (BBO#640269)
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, Massachusetts 02110
(617) 654-8200
Fax: (617) 482-5350

Association Benefits Insurance Agency, Inc.
By its Attorneys,

/s/ Chauncy D. Steele IV_____
Richard E. Quinby, Esq. (BBO#545641)
Chauncy D. Steele IV, Esq. (BBO#647207)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

Gerald Hurley
By his Attorneys,

/s/ Daniel B. Shapiro_____
Daniel B. Shapiro, Esq. (BBO#453900)
Shapiro & Associates
Two Center Plaza, Suite 510
Boston, Massachusetts 02108
(617) 227-8100
Fax: (617) 523-8100