UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUNOCO, INC. (R&M), ) | |
| ) | |
| Plaintiff ) | Civil Action No. 04-12132GAO |
| ) | |
| v. ) | |
| ) | |
| ASSOCIATION BENEFITS INSURANCE ) | |
| AGENCY, INC.; HERMITAGE ) | |
| INSURANCE COMPANY; JAVAID A. ) | |
| BUTT; EAGLE BROTHERS, INC. ) | |
| d/b/a CENTRE AVENUE SUNOCO; ) | |
| GERALD M. HURLEY; and AII ) | |
| INSURANCE BROKERAGE OF MASS., ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

CERTIFICATION OF ASSOCIATION BENEFITS INSURANCE AGENCY
PURSUANT TO L.R. 16.1(D)(3)

Pursuant to L.R. D. Mass 16.1(D)(3), the undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Dated:   November 29, 2005

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC.

_____
Frank Venuto

And its attorneys,

CRAIG AND MACAULEY
PROFESSIONAL CORPORATION

_____
Richard E. Quinby, BBO#545641
Chauncey D. Steele IV, BBO#647207
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 367-9500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on November 29, 2005.

_____
Chauncey D. Steele IV