UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUNOCO, INC. (R&M)
    Plaintiff,

v.                                                             C.A. No.: 04-12132 GAO

ASSOCIATION BENEFITS
INSURANCE AGENCY, INC.;
HERMITAGE INSURANCE
COMPANY; JAVAID A. BUTT;
EAGLE BROTHERS, INC
d/b/a CENTRE AVENUE SUNOCO;
GERALD M. HURLEY; and AII
INSURANCE BROKERAGE OF
MASS., INC.
    Defendants.

## STIPULATION OF WITHDRAWAL AND CONTINUED APPEARANCE OF COUNSEL

In the above entitled matter, it may be entered that Patrick S. Bristol, Esq. hereby withdraws his appearance and John B. Reilly, Esq. continues his appearance for plaintiff, Sunoco, Inc. (R&M).

*/s/ Patrick Bristol (JR)*
Patrick S. Bristol, Esq. (Pro Hac Vice)
John Reilly & Associates
Summit West - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
FAX: (401) 738-0258

*/s/ John B. Reilly*
John B. Reilly, Esq. (BBO #545576)
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 739-1800
FAX: (401) 738-0258

## CERTIFICATION

I hereby certify that a copy has been sent to **Daniel B. Shapiro, Esq.**, Shapiro & Associates, Two Center Plaza, Suite 510, Boston, Massachusetts 02108; **Chauncy D. Steele IV, Esq.**, Craig and Macauley Professional Corporation, Federal Reserve Plaza, 600 Atlantic Avenue, Boston, Massachusetts 02210; **Thomas R. Murphy, Esq.**, Giarrusso Norton Cooley & McGlone, PC, Marina Bay, 308 Victory Road, Quincy, Massachusetts 02171; and **Robert M. Elmer, Esq.**, Taylor, Duane, Barton & Gilman, LLP, 160 Federal Street, Boston, Massachusetts 02110, this 6th day of December, 2005.

*/s/ John B. Reilly*